**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

PATRICK URIAH THAXTER,          :
      Petitioner,             :
                                :     CASE NO. 1:14-CV-02413
      v.                       :
                                :
MARY SABOL, Warden of York County :
Prison, et al.,                  :
      Defendant.

*O R D E R*

AND NOW, this 1st day of June, 2016, it is ORDERED that:

(1) The Report filed by Magistrate Judge Saporito (Doc. 27) is **ADOPTED** to the extent that he (a) finds habeas relief to be warranted in the form of a bail hearing and (b) recommends that the Government shall bear the burden of presenting evidence and proving that Petitioner's continued detention is necessary to fulfill the purposes of § 1226.  Otherwise, the Report is **NOT ADOPTED**.

(2) Respondents' partial objection (Doc. 28) is **OVERRULED** as moot.

(3) The case is **REMANDED** to Judge Saporito for the purpose of holding a bail hearing <u>within seven days</u> of the date of this Order.

                             <u>/s/ William W. Caldwell</u>
                             William W. Caldwell
                             United States District Judge